IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WALLACE RAY SWAIM JR.,<br><br>Defendant. | **4:19CR3137**<br><br>**ORDER** |

On the court's own motion, and with the consent of counsel,

IT IS ORDERED that Defendant's plea hearing is continued and will be held before the undersigned magistrate judge on March 22, 2021 at 1:00 p.m. by Zoom internet conferencing.

Dated this 8th day of March, 2021.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge